No. 226. UNITED STATES EX REL. FLETCHER *v.* FAHEY ET AL. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Edmond C. Fletcher, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney, Harold Lee, E. K. Neumann,* and *Neil Thompson* for respondents.

Nos. 257, 258 and 259. MINNESOTA MINING & MANUFACTURING CO. *v.* COE, COMMISSIONER OF PATENTS. October 13, 1941. Petition for writs of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Paul Carpenter* and *Harold J. Kinney* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Paul A. Sweeney* for respondent.

